UNITED States DISTRICT COURT
CENTRAL DISTRICT OF Illinois

**FILED**

APR 20 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SAMUEL DICKERSON
PLAINTIFF

VS

CASE NO _____

Sangamon Co State Attorney
Public Defender Michael Sullivan
DEFENDANT

# CompLAINT

42 USC §1983 (State, county or municipal defendants)
OTHER FEDERAL LAW: 4th, 14th Amendment and 42 USC§ 12132 (ADA)
UNKNOWN: Let the Court decied the Claims

## 1. FEDERAL JURISDICTION

Jurisdiction is based on 28 USC §1331, a civil action arising under the United States Constitution or other federal law

## 2. PARTIES

(1)

PLAINTIFF:

Full Name: Samuel Dickerson
Prison I.D #: 72379
Current: # 1 Sheriff Plaza
ADDRESS: Springfield, IL. 62701

~~Plaintiff~~

Defendants: # 1

FULL NAME: Sangamon County State Attorney
CURRENT JOB:
Title: Illinois State Attorney
CURRENT: 725 S. 2nd ST
WORK Address: Spfld, IL. 62702

Defendants # 2

Full Name: Michael Sullivan
Current Job:
Title: Public Defender
CURRENT:
WORK: 200 S. 9th St Rm 301-B
Address: Spfld, IL. 62701

(2)

## 3. LITIGATION HISTORY

Samuel Dickerson vs Doe, ETAL
CASE NO: 3:22-cv-3184-CSB
U.S. Dist Court of Central Dist of IL Urbana

## STATEMENT OF CLAIM

1. In bad faith Spfld Police Off A. Zander #534 and L. Balog #804 on 4/30/2022 entered the Plaintiff family home located at 3535 E. Cook ST Lot 75, Spfld, IL. 62703

2. Based on wanting to talk to Samuel Dickerson a Mentally ill person a Protected Class under 42 USC§ 12132 (ADA) effectuated a warrantless arrest absent exigent circumstances and lacking probable cause and motivated by racist animus

3. On 5/2/2022 Sangamon County State Attorney had chosen to Vindictive and Selectively Prosecute the Plaintiff in bad faith with no expectation of securing a valid conviction under 720 ILCS 5/12-3. 05 Aggravated Battery or 720 ILCS 5-0/12-3.2-A-1 Domestic Battery, Sangamon County CASE No: 22-CF-416

(3)

Because the sole witness is a Mentally ill person the same the Plaintiff under 42 USC§ 12132 (ADA) and was under the influence of a mind and mood altering substance at the time of making the complaint and is a Child with Serious Emotion Disturbances Incompetent and was located in a High profile drug infested area in Spfld, Illinois

4. The State Attorney and Public Defender Michael Sullivan have a history of ABUSE OF PROCESS, Prosecutral and Offical Misconduct by intiating Criminal proceedings without probable cause willfully and wantonly in BAD FAITH against people known to be poor and legally Mentally ill (1) intimidating mentally ill people to plead guilty to factually baseless criminal charges (2) Holding a Mentally ill persons in Sangamon County Jail (SCJ) under harsh conditions with excessive unwarranted delays in court proceedings to force pleas under duress and force (3) and coerce Mentally ill people to be false witnesses against each other and give perjured testimony in official proceedings against each other to harass, exploit and humiliate the Protected class.

5. Public Defender Michael Sullivan has been representing the plaintiff since 5/2/2022 on Sangamon County Case

(4)

No: 22-CF-416 but willfully and wantonly refuse to Advocate on the Plaintiff behalf by filing Motions that the plaintiff requested such as Bond Reduction, Demand for Speedy Trial, Motion to Dismiss, Motion to Quash Arrest and Suppress Evidence, Motion in limine and produce discovery in accordance with IL Supreme Court Rule 412, Disclosure to the Accused evidence, schedule a IL Supreme Court Rule 402 (hearing), Subponea evidence that I specifically requested that support my version of events, make the court aware of my 4th Amendment false Arrest Claim pending the resolution of Criminal Proceedings in the U.S District Court for the Central District of IL, Urbana Division Case No: 3:22-cv-3184-CSB, that the sole witness and myself are both legally mentally handicapped under 42 USC§ 12132 (ADA) and get SSI checks from the U.S. Government, but Michael Sullivan only seeks to undermine me and unfairly label me as mentally ill in the criminal court proceedings which is a willful and wanton Bad Faith violation IL Rules of Professional Conduct, Rule 1.1. Competence (1), (2), (3), (4),(5) Rule 1.2, Scope of Representation and Allocation of Authority between Client Lawyer (d) (3) ·, Rule 1.3. Diligence (1) ·, Rule 1.4. Communication (A) (1) (2) (3) (4) (5) (B) (1) ·, Rule 8.4, Misconduct (a)

(5)

(b) (c) (d) (f) (g) (h) (J)

6. The State Attorney and Public Defender Michael Sullivan are working in concerted conspiratorial efforts with a Bad faith Ulterior motive and purpose to conseal Brady v. Maryland, 373 U.S. 83 (1963) Pre-TRIAL Discovery Evidence, Such as Police Body CAM footage, the sole witness recanting testimony and other fabrications in the case so the illegal acts of the Springfield Police will not be revealed in Criminal and civil court proceedings which are not proper in regular prosecution of criminal proceedings and violated Due Process and Equal Protection rights of persons to confront other persons with mental illness equally under 42 USC § 12132 (ADA) a protected class.

7. The Plaintiff is being maliciously subjected to irreparable loss of life, liberty and the pursuit of happiness by the flagrant actions of the defendants that is patently purpetrated against a mentally handicapped Blackman and a White/Hispanic Woman in violative of an expressed constitutional prohibition Protected under the 4th, 14th Amendment and 42 USC 812132 (ADA) NOT To Harass and Exploit the mentally ill

(6)

unjustly not in the pursuit of Justice

8. Federal intervention in State proceedings pursuant to 28 USC § 1443 to protect the rights of a mentally ill person verses a mentally ill person is warranted to protect the equal protection rights because of the racial disparity in Sangamon County Case No: 22-CF-416 under the 14th Amendment and 42 USC § 12132 (ADA)

9. The State of Illinois has no remedy available to meaningfully, timely and adequately remedy the Constitutional and federal statutory violations allegeded and the plaintiff is and will continue suffer great harm if the Federal Court does not intervene to remedy the wrong immediately.

See Attached letter from the Illinois Dept of Human Rights showing the Department does not have jurisdiction over this matter.

Wherefore both defendants are liable under State and federal laws, statutes, ordinancis and Acts and are being sued in there Official and Individual Capacities for mental and emotional distress, physical pain and suffering and all other damages that

(7)

are associated with the False Arrest, False Imprisonment and illegal prosecution and torcher of the Plaintiff a spiritual minded person of the Divine Universal Mind of Gnosis. see Attached copies of my sincere religious Symbol

## RELIEF REQUESTED

FOR THE COURT TO GRANT THE PLAINTIFF THE RELIEF REQUESTED IN tHE COMPLAINT AND $7,000,000 USD SEVEN MILLION USD and PUNITIVE DAMAGES IF LEGALLY WARRANTED UNDER THE LAW.

JURY DEMAND  YES ☒

Signed this __18th__ day of __APRIL__, 2023

_____
SIGNATURE

NAME OF PLAINTIFF

Samuel Dickerson

Inmate Identification Number:
#72379

Address
#1 Sheriff Plaza
Spfld, IL. 62701

(8)

ILLINOIS DEPARTMENT OF
**Human Rights**

JB Pritzker, Governor
James L. Bennett, Director

April 6, 2023

Samul Dickerson (#72379)                    Re:    Control Number: 23M0109.20
#1 Sheriff Plaza                                   Respondent: Lawrence Correctional Center
Springfield, IL 62701

Dear Complainant:

After considering your communication it appears that a charge of discrimination cannot be filed with the Department of Human Rights for the reason(s) indicated below:

1. ___ The Human Rights Act requires that a charge of discrimination be made within 300 days of the alleged civil rights violation (180 days if the violation took place before June 8, 2018).  Your communication was not mailed or received within that period.

2. ___ The Employer you are accusing of a violation of the Human Rights Act employs fewer than 15 employees.

3. ___ The Employer or Entity you are accusing of a violation is not subject to the provisions of the IL Human Rights Act.

4. ___ You have not claimed that you were discriminated against because of a protected basis.  The Human Rights Act prohibits discrimination on the basis of race; color; religion; sex; national origin; ancestry; age (40 and over); marital status; physical or mental disability, unrelated to ability to perform the job; military status; sexual orientation (including gender identity); unfavorable military discharge; sexual harassment; arrest record; citizenship status; order of protection status; willful interference; (retaliation for having openly opposed unlawful discrimination); and aiding, abetting, compelling or coercing a person to discriminate based on any of the categories mentioned.

5. _X_ OTHER: The Department does not have jurisdiction over this matter.

The Department has closed your file.  However, if you still believe that you have a charge of discrimination within this Department's jurisdiction, you must write to us within ten (10) days of receipt of this letter explaining your reasons or resubmit the CIS.  For your convenience, our fax number is (312) 814-6251. Always be sure to refer to your control number when writing.

Sincerely,

Diana Calderon-Kuehl
Human Rights Investigator /Intake Unit
(312)814-6256
IN2 Rev. 4/19

SAMUEL DICKERSON #72379
#1 Sheriff Plaza
Springfield, IL. 62701



Springfield, IL P&DC 627
WED 19 APR 2023 PM

ATTN: LEGAL MAIL

UNITED STATES DISTRICT COURT
Springfield DIVISION
600 E. MONROE ST Rm 151
Springfield, IL. 62701

This Correspondence is
From an INMATE
At the Sangamon County Jail